## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard M. Lucchetti<br>Jennie S. Lucchetti<br><br>Debtors | CHAPTER 7<br><br>BKY. NO. 16-24271 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

Re: Loan # Ending In: 1753

                                    Respectfully submitted,

                                    **/s/ James C. Warmbrodt, Esquire**
                                    James C. Warmbrodt, Esquire
                                    jwarmbrodt@kmllawgroup.com
                                    Attorney I.D. No. 42524
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    Phone: 215-627-1322
                                    Fax: 215-627-7734
                                    Attorney for Movant/Applicant